**SANDERS LAW GROUP**
Craig Sanders, Esq. (Cal Bar 284397)
Jacqueline Mandel, Esq. (Cal Bar 317119)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
Email: jmandel@sanderslaw.goup
File No.: 125952

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lynk Media, LLC, | Case No. 8:23-cv-01469-JFW-KES |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | Judge: Hon. John F. Walter |
| | Magistrate Judge: Hon. Karen E. Scott |
| My Modern Metropolis, LLC, | |
| Defendant. | Complaint Filed: August 10, 2023 |

//
//
//
//
//
//
//
//
//

**PLEASE TAKE NOTICE** that Lynk Media, LLC ("Plaintiff") hereby notifies the Court that it has settled all claims between Plaintiff and Defendant in this matter and is in the process of documenting the settlement. Plaintiff anticipates filing a dismissal with prejudice within 45 days.

DATED: October 11, 2023

**SANDERS LAW GROUP**

By: */s/ Jacqueline Mandel*
Craig Sanders, Esq. (Cal Bar 284397)
Jacqueline Mandel, Esq. (Cal Bar 317119)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
Email: jmandel@sanderslaw.goup
File No.: 125952

*Attorneys for Plaintiff*

Case No. 8:23-cv-01469-JFW-KES

NOTICE OF SETTLEMENT